IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TIME RECORDS PUBLISHING INC and
BOBBY MARTIN PRODUCTIONS INC,

    Plaintiffs,

    vs.

JENNIFER PERKINS and KEVIN PERKINS,

    Defendants.

Case No. 13-cv-465-JPG

## JUDGMENT

This matter having come before the Court and the Court having rendered a decision,

IT IS ORDERED AND ADJUDGED that all claims by the plaintiffs Time Records Publishing Inc. and Bobby Martin Productions Inc. against defendants Jennifer Perkins and Kevin Perkins are **DISMISSED without prejudice for lack of subject matter jurisdiction.**

DATED:   June 10, 2013

NANCY J. ROSENSTENGEL, Clerk of Court

s/Deborah Agans, Deputy Clerk

Approved:   s/ J. Phil Gilbert
**J. PHIL GILBERT
DISTRICT JUDGE**